DAVID R. WEINSTEIN (State Bar No. 082881)
SHARON Z. WEISS (State Bar No. 169446)
HOLME ROBERTS & OWEN LLP
800 West Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400
david.weinstein@hro.com
sharon.weiss@hro.com

Attorneys for
Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>R2D2, LLC,<br><br>Debtor. | Bk. No. 2:10-bk-19924-BR<br>[Chapter 11]<br><br>ERRATA STATEMENT RE OPPOSITION TO MOTION TO REQUIRE COMPENSATION STATEMENTS UNDER 11 U.S.C. 329<br><br>DATE:   JULY 20, 2010<br>TIME:   10:00 AM<br>PLACE:  COURTROOM 1668 |

Respondents Debtor, Holme Roberts & Owen LLP and Mitchell Silberberg & Knupp LLP have detected an error in their *Opposition to Interim Trustee's Motion for Order Requiring Statements of Compensation From Debtor's Counsel* [Docket no. 136]. The statement in footnote 2 to the effect that Richardson & Patel LLP was not served with the Interim Trustee's *Motion for*

/ / /

/ / /

/ / /

/ / /

/ / /

1

#21091 v2 lax

1 | *Order Requiring Statements of Compensation From Holme, Roberts & Owen LLP, etc.* is incorrect.
2 | Such service was made and Respondents respectfully withdraw that remark.
3 |
4 |
5 | Dated: July 8, 2010                    HOLME ROBERTS & OWEN LLP
6 |
7 |                                                By: /s/ David R. Weinstein
8 |                                                    DAVID R. WEINSTEIN
                                                        SHARON Z. WEISS
9 |                                                    Attorneys for Debtor

#21091 v2 lax

| In re: R2D2, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:10-bk-19924-BR |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Holme Roberts & Owen LLP, 800 W. Olympic Blvd, 4TH Fl, Los Angeles, CA 90015

A true and correct copy of the foregoing document described **ERRATA STATEMENT RE OPPOSITION TO MOTION TO REQUIRE COMPENSATION STATEMENTS UNDER 11 U.S.C. 329** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 8, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On July 8, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**[SERVED BY OVERNIGHT MAIL]**
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 8, 2010 | Raul Morales | /s/ Raul Morales |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

| In re: R2D2, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:10-bk-19924-BR |

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

David E Ahdoot on behalf of Creditor Directors Guild of America, Inc.
dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com

Todd M Arnold on behalf of Creditor Certain Petitioning Creditors
tma@lnbrb.com

Teresa C Chow on behalf of Witness Susan Tregub
tchow@bakerlaw.com

Leslie A Cohen on behalf of Petitioning Creditor Allied Irish Bank, PLC
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com

Jeffrey K Garfinkle on behalf of Interested Party Courtesy NEF
bkgroup@buchalter.com, jgarfinkle@buchalter.com

Irving M Gross on behalf of Petitioning Creditor Screen Capital International Corp.
img@lnbrb.com, angela@lnbrb.com

Leonard L Gumport on behalf of Trustee Ronald Durkin
lgumport@grlegal.com

Michael C Heinrichs on behalf of Interested Party Courtesy NEF
mheinrichs@omm.com

Joseph A Kohanski on behalf of Interested Party Request for Courtesy Notice of Electronic Filing (NEF)
jkohanski@bushgottlieb.com, tjimines@bushgottlieb.com

Peter J Mastan on behalf of Trustee Ronald Durkin
pmastan@grlegal.com

David L. Neale on behalf of Creditor Certain Petitioning Creditors
dln@lnbrb.com

Andrew S. Rotter on behalf of Trustee Ronald Durkin
arotter@grlegal.com

Mark M Sharf on behalf of Interested Party Courtesy NEF
mark@sharflaw.com, msharf00@gmail.com

James A Stearman on behalf of Creditor Wynn Las Vegas, LLC
jas007@pacbell.net

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

### II. SERVED BY U.S. MAIL

Robert Blonstein on behalf of Plaintiff Nailed Productions, LLC
Castle & Associates
1925 Century Park East Ste 210
Los Angeles, CA 90067

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: R2D2, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:10-bk-19924-BR |

Guillaume de Chalendar
Allied Irish Banks, plc
St. Helens
1, Undershaft
London, EC2A 8AB

Hayes F Michel on behalf of Defendant Susan Tregub
Baker & Hostetler LLP
12100 Wilshire Blvd 15th Fl
Los Angeles, CA 90077

Ronald L Durkin
633 West Fifth St, 24th Fl
Los Angeles, CA 90071-2008

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                F 9013-3.1