LEONARD L. GUMPORT (Bar No. 86935)
lgumport@gumportlaw.com
ANDREW S. ROTTER (Bar No. 86725)
arotter@gumportlaw.com
PETER J. MASTAN (Bar No. 190250)
pmastan@gumportlaw.com
GUMPORT | MASTAN
550 South Hope Street, Suite 825
Los Angeles, California 90071-2627
Telephone: (213) 452-4900
Facsimile: (213) 623-3302

Attorneys for Ronald L. Durkin,
Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>R2D2, LLC,<br><br>Debtor. | Bk. No. 2:10-bk-19924-BR<br><br>CHAPTER 11<br><br>NOTICE OF FILING (UNDER SEAL) OF (1) REPORT OF INVESTIGATION BY CHAPTER 11 TRUSTEE AND (2) APPENDIX OF EXHIBITS TO THE TRUSTEE'S REPORT OF INVESTIGATION (21 VOLUMES)<br><br>[No Hearing Set.]<br><br><u>Status Conference:</u><br><br>Date: April 20, 2011<br>Time: 2:00 p.m.
Place: Courtroom 1668<br>      255 E. Temple St., 16th Floor<br>      Los Angeles, CA 90012<br>      [Judge Russell] |

///
///
///
///
///
///

# NOTICE OF FILING

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, DAVID R. BERGSTEIN, LIBRARY ASSET ACQUISITION COMPANY, LTD., RONALD L. TUTOR, ALL PARTIES-IN-INTEREST, AND THEIR RESPECTIVE ATTORNEYS OF RECORD, IF ANY:

**NOTICE IS HEREBY GIVEN** that Ronald L. Durkin (the Trustee), trustee of the chapter 11 bankruptcy estates of affiliated debtors (the Debtors) ThinkFilm LLC, Capitol Films Development LLC, CT1 Holdings LLC, R2D2 LLC, and Capco Group LLC, is filing the following:

1. "Report of Investigation by Chapter 11 Trustee; and Exhibits" (the Report); and

2. "Appendix of Exhibits to the Trustee's Report of Investigation" (21 Volumes) (the Appendix).

**NOTICE IS FURTHER GIVEN** that the Report is being filed in each of the following cases pending in this Court: **(1)** *In re ThinkFilm, LLC*, Bk. No. 2:10-bk-19912-BR; **(2)** *In re Capitol Films Development, LLC*, Bk. No. 2:10-bk-19938-BR; **(3)** *In re CT-1 Holdings, LLC*, Bk. No. 2:10-bk-19927-BR; **(4)** *In re R2D2 LLC*, Bk. No. 2:10-bk-19924-BR (the *R2D2 Case*); and **(5)** *In re CapCo Group, LLC*, Bk. No. 2:10-bk-19929-BR (collectively, the Bankruptcy Cases).

**NOTICE IS FURTHER GIVEN** that, due to its size, the Appendix is being filed only in the R2D2 Case.

**NOTICE IS FURTHER GIVEN** that the Report and Appendix are being filed under seal because they contain information and documents that are subject to the "Confidentiality Order Re Testimony and Records Provided to Interim Trustee Pursuant to Rulings on Motions Heard on July 20, 2010" (the Confidentiality Order) entered in the Bankruptcy Cases on July 23, 2010, as modified.

///

**NOTICE IS FURTHER GIVEN** that, because the Report and Appendix contain extensive and intertwined information and documents within the scope of ¶¶ 4(a)-(e) of the "Order Granting, In Part, Motion To Modify Confidentiality Order Re Testimony and Records Provided to the Interim Trustee" entered on or about February 22, 2011 in the Bankruptcy Cases, apart from the Court and the Trustee, the Report and the Appendix are being served only on counsel of record for the Debtors, David R. Bergstein, Library Asset Acquisition Company, Ltd., and Ronald L. Tutor (the Served Parties).

At such time as the Court authorizes the Trustee to provide the Report and Appendix to creditors (whether some or all of them) and to the Office of the United States Trustee, the Trustee will immediately provide copies to such entities.

**NOTICE IS FURTHER GIVEN** that hard copies of the Report are being served on the Served Parties and that, due to its size, the Appendix is being served on the Served Parties on DVDs. A hard copy of the 21-volume Appendix is available for copying at the Served Parties' own expense.

Dated: April 5, 2011

Respectfully submitted,

GUMPORT | MASTAN

By: _____
Leonard L. Gumport
Attorneys for Ronald L. Durkin, Chapter 11 Trustee

**\*  NOTE:** When using this form to indicate service of a proposed order, **DO NOT** LIST ANY PERSON OR ENTITY IN Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Gumport | Mastan, 550 S. Hope Street, Suite 825, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as: **NOTICE OF FILING (UNDER SEAL) OF (1) REPORT OF INVESTIGATION BY CHAPTER 11 TRUSTEE AND (2) APPENDIX OF EXHIBITS TO THE TRUSTEE'S REPORT OF INVESTIGATION (21 VOLUMES)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(S) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 5, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

                                                                                                 **X** Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **April 5, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

                                                                                                 **X** Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows:. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

                                                                                                 ___ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 5, 2011 | KATHLEEN MAROSY | /s/ Kathleen Marosy |
| --- | --- | --- |
| Date | Type name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 9013-3.1

Case 2:10-bk-19924-BR    Doc 505    Filed 04/05/11    Entered 04/05/11 14:47:22    Desc
Main Document    Page 5 of 7

In re: R2D2, LLC,

Alleged Debtor(s).

CHAPTER: 11

CASE NUMBER: 2:10-bk-19924-BR

**ADDITIONAL SERVICE INFORMATION (if needed):**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| | |
|---|---|
| David E Ahdoot | dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com |
| Todd M Arnold | tma@lnbrb.com |
| Sandor T Boxer | tedb@tedboxer.com |
| Jennifer S Chang | jsc@birdmarella.com, krw@birdmarella.com |
| Russell Clementson | russell.clementson@usdoj.gov |
| Leslie A Cohen | leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com |
| Joseph A Eisenberg | jae@jmbm.com |
| Jeffrey K Garfinkle | bkgroup@buchalter.com, jgarfinkle@buchalter.com, lgoodwin@buchalter.com |
| Philip A Gasteier | pag@lnbrb.com |
| Thomas M Geher | tmg@jmbm.com |
| Irving M Gross | img@lnbrb.com, angela@lnbrb.com |
| David Guess | dguess@ktbslaw.com |
| Leonard L Gumport | lgumport@gumportlaw.com |
| Michael C Heinrichs | mheinrichs@omm.com |
| Joseph A Kohanski | jkohanski@bushgottlieb.com, tjimines@bushgottlieb.com |
| Peter J. Mastan | pmastan@gumportlaw.com |
| Hayes F. Michel | hmichel@bakerlaw.com |
| David L. Neale | dln@lnbrb.com |
| Andrew S. Rotter | arotter@gumportlaw.com |
| Mark M Sharf | mark@sharflaw.com, msharf00@gmail.com |
| James A Stearman | jas007@pacbell.net |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| David Weinstein | david.weinstein@hro.com |
| Joseph M Welch | jwelch@buchalter.com |

**SERVED BY FIRST CLASS U.S. MAIL**

**TRUSTEE**
Ronald L. Durkin, CPA
Clifton Gunderson LLP
601 S. Figueroa Street, Suite 2080
Los Angeles, CA 90017

**COUNSEL TO STUDIO TRANSPORTATION DRIVERS LOCAL**
Robert A. Cantone, Esq.
Gilbert & Sackman
3699 Wilshire Blvd., Suite 1200
Los Angeles, CA 90010

**COUNSEL TO STEVEN ELLIOT ALTMAN**
Edward M. Lyman, Esq.
Law Office of Edward M. Lyman
1590 Rosecrans Avenue, Suite D-251
Manhattan Beach, CA 90266

**COUNSEL TO ACME TRAILER COMPANY, LLC**
Paul D. Rubenstein, Esq.
2029 Century Park East, Suite 1370
Los Angeles, CA 90067

**JENNIFER RICCI [CREDITOR]**
Jennifer Ricci
1981 East Falcon Hurst Circle
Sandy, UT 84092

**COUNSEL TO D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LLC, BERNARD NATIONAL LOAN INVESTORS, LTD., AND HEMLOCK (LUX) S.A.R.L**
Howard J. Rubinroit, Esq.
Robert A. Holland, Esq.
Sidley & Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010

**COUNSEL TO ARAMID ENTERTAINMENT B.V., ARAMID ENTERTAINMENT FUND LIMITED, AND CAYMAN FIRM HOLDINGS LIMITED**
Daneil A. Rozansky, Esq.
Eric F. Harbert, Esq.
Benjamin T. Potter, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067-3086

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              F 9013-3.1

**ADDITIONAL SERVICE INFORMATION (if needed):**

**SERVED BY FIRST CLASS U.S. MAIL**

**COUNSEL TO NAILED PRODUCTIONS, LLC. AND RONALD TUTOR, ET AL.**
Nomi Castle, Esq.
Castle & Associates
8383 Wilshire Blvd., Suite 810
Beverly Hills, CA 90211

**COUNSEL TO DOX PRODUCTIONS, LIMITED**
Jeff Sanders, Esq.
Roberts Ritholz Levy Sanders Chidekel & Fields LLP
235 Park Avenue South, 3rd Floor
New York, NY 10003

**COUNSEL TO SOLAR FILMWORKS, L.L.C.**
Hartford O. Brown, Esq.
Timothy R. Pomeroy, Esq.
Klinedinst PC
777 S. Figueroa St., Suite 4700
Los Angeles, CA 90017

**COUNSEL TO BLUE VAN LLC**
Steven M. Nachman, Esq.
Law Offices of Steven M. Nachman
675 Third Avenue, 29th Floor
New York, NY 10017

**ALLIED ADVERTISING LIMITED PARTNERSHIP**
AALP Inc., General Partner
c/o Clint Kendall, President
545 Boylston Street, 11th Floor
Boston, MA 02116

**COUNSEL TO ALLIED ADVERTISING LIMITED PARTNERSHIP**
Aaron Bloom, Esq.
Jeffrey A. Krieger, Esq.
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, #2100
Los Angeles, CA 90067

**COUNSEL TO R2D2, LLC**
Lucia Coyoca, Esq.
11377 W. Olympic Blvd.
Los Angeles, CA 90064

**COUNSEL TO IMAGE ENTERTAINMENT, INC. and NANCY A. WILLEN, dba ACME PUBLIC RELATIONS**
Vicent L. Ravine, Esq.
Melissa R. Solomon, Esq.
Law Offices of Vince Ravine, P.C.
6553 Louise Avenue
Lake Balboa, CA 91406

**DARK PRODUCTIONS, LLC [CREDITOR]**
Dark Productions
8899 Beverly Blvd., Suite 819
Los Angeles, CA 90048

**10TH & WOLF, LLC [CREDITOR]**
c/o Jeffrey W. Tott, Managing Member
Barberry Farm
4 Barberry Road
Sewickley, PA 15154

**NATURAL SCENES LIMITED [CREDITOR]**
c/o Ed Blum
7 Denmark Street
London, England WC2H 8 LZ

**A NEW WAVE LLC [CREDITOR]**
c/o Jason Carvey, Manager
1929 N. Wilcox Avenue, #8
Los Angeles, CA 90068

**HALF NELSON, LLC [CREDITOR]**
c/o Jamie Patricof
9255 W. Sunset Blvd., Suite 711
Los Angeles, CA 90069

**TERI ZIMON [CREDITOR]**
Teri Zimon
12707 Westminster Avenue
Los Angeles, CA 90066

**DAVID TUCKERMAN [CREDITOR]**
David Tuckerman
9390 Lloydcrest Drive
Beverly Hills, CA 90210

**JONATHAN K. BEAL [CREDITOR]**
Jonathan K. Beal
669 Devonshire Ct.
Westlake Village, CA 91361

**MARK AUSTIN [CREDITOR]**
Mark Austin
115 N. Normandie Ave., #8
Los Angeles, CA 90004-4383

**HANS W. TURNER [CREDITOR]**
Hans W. Turner
19110 Marilla Street
Northridge, CA 91324

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 9013-3.1

**ADDITIONAL SERVICE INFORMATION (if needed):**

**SERVED BY FIRST CLASS U.S. MAIL**

**POWERHOUSE GENERATORS & EQUIPMENT, INC. [CREDITOR]**
Powerhouse Generators & Equipment, Inc.
Attention: Pete Monella or Elaine Chong
5451 Woodland Lane
Fort Lauderdale, FL 33312

**STEPHENS INVESTMENT HOLDINGS, LLC [CREDITOR]**
Stephens Investment Holdings, LLC
c/o James F. Dowden, Esq.
Dowden Law Firm
212 Center Street, 10th Floor
Little Rock, AR 72201

**FRASER MILNER CASGRAIN LLP [CREDITOR]**
Fraser Milner Casgrain LLP
c/o Jeremy Millard, Associate
77 Kings Street West, Suite 400
Toronto, Ontario CANADA M5K 0A1

**COUNSEL TO GOLDENRING PRODUCTIONS and CAROL BAUM PRODUCTIONS**
James A. Dumas, Jr., Esq.
Dumas & Associates
3435 Wilshire Blvd., Suite 990
Los Angeles, CA 90010

**COUNSEL TO 2121 AVENUE OF THE STARS, LLC**
Martin B. Greenbaum, Esq.
Claudio Koren, Esq.
Greenbaum Law Group LLP
840 Newport Center Drive, Suite 720
Newport Beach, CA 92660

**COUNSEL TO JEFFREY A. GAUL**
Leslie A. Cohen, Esq.
J'aime K. Williams, Esq.
Leslie Cohen Law, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401

**FORESIGHT UNLIMITED, LLC [CREDITOR]**
c/o Mark Damon
2934 1/2 Beverly Glen Circle, #900
Los Angeles, CA 90077

**UPS FREIGHT [CREDITOR]**
UPS Freight
c/o Receivable Management Services ("RMS")
Attn: Phyllis A. Hayes, RMS, Agent for Creditor
P.O. Box 4396
Timonium, MD 21094

**INTERNAL REVENUE SERVICE**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

**FRANCHISE TAX BOARD**
Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

**SERVED BY FEDERAL EXPRESS**

**UNITED STATES BANKRUPTCY COURT**
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Bldg. and Courthouse
255 E. Temple Street, Suite 1660

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1