

**FILED & ENTERED**

APR 11 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY FORTIER DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>R2D2, LLC,<br><br><br><br><br><br>Debtor(s). | Case No: 2:10-bk-19924-BR<br><br>Chapter: 11<br><br>ORDER DIRECTING THE CLERK OF COURT TO:<br><br>1. UNSEAL THE "REPORT OF INVESTIGATION BY CHAPTER 11 TRUSTEE" FILED ON APRIL 5, 2011 AND ALL EXHIBITS FILED IN SUPPORT OF THE TRUSTEE'S REPORT; AND<br><br>2. ENTER THE TRUSTEE'S REPORT AND RELATED EXHIBITS ON THE DOCKET<br><br>[NO HEARING REQUIRED] |

      The Court has reviewed the Report of Investigation by Chapter 11 Trustee and the twenty-one (21) volumes of exhibits to the Report, all of which were filed under seal on April 5, 2011, and has considered the Opposition to Filing Under Seal filed by Screen Capital International Corp. on April 6, 2011 and the Joinder in support of SCIC's opposition filed by the Union Entities on April 7, 2011.

      The circumstances of this case have changed dramatically since the entry on July 23, 2010 of the Court's Confidentiality Order Re Testimony and Records Provided to Interim

Trustee Pursuant to Rulings on Motions Heard on July 2010, which was subsequently modified.  For example, the Court entered an order for relief and appointed the chapter 11 trustee and the case is thus no longer an involuntary chapter 11.

Accordingly, there is no reason at this point in time for the continued filing of documents under seal.   Therefore, IT IS HEREBY ORDERED that the Clerk of Court shall immediately:

1. Unseal the Report of Investigation By Chapter 11 Trustee and the twenty-one (21) volumes of exhibits to the Report; and

2. Enter the Report and all related exhibits on the docket.

###

DATED: April 11, 2011

United States Bankruptcy Judge

- 2

**NOTE TO USERS OF THIS FORM**:
1)  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2)  The title of the judgment or order and all service information must be filled in by the party lodging the order.
3)  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 4/11/2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- David E Ahdoot    dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com
- Todd M Arnold    tma@lnbrb.com
- Sandor T Boxer    tedb@tedboxer.com
- Jennifer S Chang    jsc@birdmarella.com, krw@birdmarella.com
- Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
- Russell Clementson    russell.clementson@usdoj.gov
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Jeffrey K Garfinkle    bkgroup@buchalter.com, jgarfinkle@buchalter.com;lgoodwin@buchalter.com
- Philip A Gasteier    pag@lnbrb.com
- Thomas M Geher    tmg@jmbm.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- David Guess    dguess@ktbslaw.com
- Leonard L Gumport    lgumport@grlegal.com
- Michael C Heinrichs    mheinrichs@omm.com
- Joseph A Kohanski    jkohanski@bushgottlieb.com, tjimines@bushgottlieb.com
- Peter J Mastan    pmastan@grlegal.com
- Hayes F Michel    hmichel@bakerlaw.com
- David L. Neale    dln@lnbrb.com
- Andrew S. Rotter    arotter@grlegal.com
- Mark M Sharf    mark@sharflaw.com, msharf00@gmail.com
- James A Stearman    jas007@pacbell.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David Weinstein    david.weinstein@hro.com
- Joseph M Welch    jwelch@buchalter.com

- 4

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page