1  Vincent J. Marella - State Bar No. 57702
       vjm@birdmarella.com
2  Jennifer S. Chang - State Bar No. 246611
       jsc@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT,
       NESSIM, DROOKS & LINCENBERG, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California  90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Attorneys for Non-Parties David Bergstein,
7  Sara Bergstein, and Graybox LLC

8

9                 UNITED STATES BANKRUPTCY COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                     LOS ANGELES DIVISION

12  In re                                    Bk. No. 2:10-bk-19924-BR

13      R2D2, LLC,                           CHAPTER 11

14           Debtor.                         NOTICE OF ERRATA RE
                                             EMERGENCY MOTION FOR
15                                           RECONSIDERATION AND STAY OF
                                             APRIL 11, 2011 ORDER DIRECTING
16                                           CLERK OF COURT TO (1) UNSEAL
                                             THE "REPORT OF INVESTIGATION
17                                           BY CHAPTER 11 TRUSTEE" FILED
                                             ON APRIL 5, 2011 AND ALL
18                                           EXHIBITS FILED IN SUPPORT OF
                                             THE TRUSTEE'S REPORT; AND (2)
19                                           ENTER THE TRUSTEE'S REPORT
                                             AND RELATED EXHIBITS ON THE
20                                           DOCKET

21                                           Date:   TBD
                                             Time:   TBD
22                                           Place:  Courtroom 1668
                                                     255 E. Temple St.
23                                                   Los Angeles, CA 90012

24

25      TO THE HONORABLE BARRY RUSSELL, UNITED STATES

26  BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE,

27  AND OTHER INTERESTED PARTIES:

28      Non-Parties David Bergstein, Sara Bergstein, and Graybox LLC hereby give notice

299889.1

1 | of the following corrections to their Emergency Motion For Reconsideration and Stay of

2 | April 11, 2011 Order Directing Clerk of Court to (1) Unseal the "Report of Investigation

3 | by Chapter 11 Trustee" Filed on April 5, 2011 and All Exhibits Filed in Support of the

4 | Trustee's Report; and (2) Enter the Trustee's Report and Related Exhibits on the Docket

5 | (the "Emergency Motion") which was filed via ECF on April 11, 2011:

6 |       The Emergency Motion was inadvertently filed without a Proposed Order attached

7 | to it.  The Proposed Order is attached hereto as Exhibit A.

8 | DATED: April 11, 2011                  Respectfully submitted,

9

10 |                              Vincent J. Marella
                             Jennifer S. Chang

11 |                              BIRD, MARELLA, BOXER, WOLPERT,
                                NESSIM, DROOKS & LINCENBERG, P.C.

12

13 |                         By:           /s/Jennifer S. Chang

14 |                              Jennifer S. Chang
                             Attorneys for Non-Parties David Bergstein, Sara

15 |                              Bergstein, and Graybox LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

1  Vincent J. Marella - State Bar No. 57702
    vjm@birdmarella.com
2  Jennifer S. Chang - State Bar No. 246611
    jsc@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT,
    NESSIM, DROOKS & LINCENBERG, P.C.
4  1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
5  Telephone: (310) 201-2100
Facsimile: (310) 201-2110
6
Attorneys for Non-Parties David Bergstein,
7  Sara Bergstein, and Graybox LLC

8

9                  UNITED STATES BANKRUPTCY COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                      LOS ANGELES DIVISION

12  In re                                  Bk. No. 2:10-bk-19924-BR

13     R2D2, LLC,                          CHAPTER 11

14          Debtor.                        **[PROPOSED] ORDER GRANTING
                                           EMERGENCY MOTION FOR
15                                         RECONSIDERATION AND STAY OF
                                           APRIL 11, 2011 ORDER DIRECTING
16                                         CLERK OF COURT TO (1) UNSEAL
                                           THE "REPORT OF INVESTIGATION
17                                         BY CHAPTER 11 TRUSTEE" FILED
                                           ON APRIL 5, 2011 AND ALL
18                                         EXHIBITS FILED IN SUPPORT OF
                                           THE TRUSTEE'S REPORT; AND (2)
19                                         ENTER THE TRUSTEE'S REPORT
                                           AND RELATED EXHIBITS ON THE
20                                         DOCKET**

21
          Pursuant to Local Bankruptcy Rule 5003-2(c)(1), the July 23, 2010 Confidentiality
22
Order (the "July 23 Order"), and the February 22, 2011 Order Granting, In Part, Motion to
23
Modify Confidentiality Order re Testimony and Records Provided to Interim Trustee (the
24
February 22 Order") entered by the Court in the actions *In re R2D2, LLC,* Bk. Case No.
25
2:10-bk-19924-BR; *In re ThinkFilm, LLC,* Bk. No. 2:10-19912-BR; *In re CT-1 Holdings,*
26
*LLC,* Bk. No. 2:10-bk-19927-BR; *In re CapCo Group, LLC,* Bk. No. 2:10-bk-19929-BR;
27
and *In re Capitol Films Development, LLC,* Bk. No. 2:10-bk-19938-BR, the Emergency
28

299872.1

1 | Motion of Non-Parties David Bergstein, Sara Bergstein, and Graybox LLC for

2 | Reconsideration and Stay of April 11, 2011 Order Directing the Clerk of Court to (1)

3 | Unseal the "Report of Investigation by Chapter 11 Trustee " Filed on April 5, 2011 and All

4 | Exhibits Filed In Support of the Trustee's Report; and (2) Enter the Trustee's Report and

5 | Related Exhibits on the Docket (the "April 11, 2011 Order") is hereby GRANTED.

6 |      IT IS HEREBY ORDERED THAT all portions of the "Report of Investigation by

7 | Chapter 11 Trustee" Filed on April 5, 2011 and All Exhibits Filed In Support of the

8 | Trustee's Report that represent, contain, reference, and/or summarize "Protected Material"

9 | (as that term is defined in the February 22 Order) shall remain under seal until further

10 | Court Order.  David Bergstein, Sara Bergstein, and Graybox LLC (collectively, the

11 | "Bergsteins") shall submit to the Court a redacted version of the Trustee's Report and All

12 | Exhibits Filed in Support of the Trustee's Report which redacts all references to,

13 | summaries, copies, or reproductions of, "Protected Material."  Such redacted material shall

14 | be submitted by the Bergsteins to the Court by no later than 5:00 pm on April 20, 2011.

15 | The Court's April 11, 2011 Order is hereby withdrawn and superseded by this Order.

16 |      IT IS SO ORDERED.

17 | DATED:  April _____, 2011

18

19

20 |                  The Honorable Barry Russell
                 United States Bankruptcy Judge

21

22

23

24

25

26

27

28

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.


**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **[PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR RECONSIDERATION AND STAY OF APRIL 11, 2011 ORDER DIRECTING CLERK OF COURT TO (1) UNSEAL THE "REPORT OF INVESTIGATION BY CHAPTER 11 TRUSTEE" FILED ON APRIL 5, 2011 AND ALL EXHIBITS FILED IN SUPPORT OF THE TRUSTEE'S REPORT; AND (2) ENTER THE TRUSTEE'S REPORT AND RELATED EXHIBITS ON THE DOCKET** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:


**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *April 11, 2011* , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.


                                                    **X** Service information continued on attached page


**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:


                                                    **X** Service information continued on attached page


**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:


                                                    **X** Service information continued on attached page


---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                **F 9021-1.1.NOTICE.ENTERED.ORDER**

## I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

| | |
|---|---|
| Sandor T. Boxer | tedb@tedboxer.com |
| Sara Chenetz | chenetz@blankrome.com |
| Hayes F. Michel | hmichel@bakerlaw.com |
| Thomas M. Geher | tmg@jmbm.com |
| Michael C Heinrichs | mheinrichs@omm.com |
| David Guess | dguess@ktbslaw.com |
| Joseph A Kohanski | jkohanski@bushgottlieb.com |
| Joseph M. Welch | jwelch@buchaler.com |
| Claudio Koren | ckoren@collectionlaw.com |
| Vince Ravine | vince@vravinelaw.com |
| Mark M Sharf | mark@sharflaw.com |
| David E. Ahdoot | dahoot@bushgottlieb.com |
| Leslie A Cohen | leslie@lesliecohenlaw.com |
| Jeffrey K Garfinkle | bkgroup@buchalter.com |
| David L. Neale | dln@lnbrb.com |
| Todd M Arnold | tma@lnbrb.com |
| Irving M Gross | img@lnbrb.com |
| Philip A Gasteier | pag@lnbrb.com |
| Joseph A Eisenberg | jae@jmbm.com |
| Leonard L. Gumport | lgumport@grlegal.com |
| Peter J. Mastan | pmastan@grlegal.com |
| Andrew S. Rotter | arotter@grlegal.com |
| Russell Clementson | russell.clementson@usdoj.gov |
| U. S. Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

## II. SERVED BY THE COURT VIA U.S. MAIL:

**DEBTOR:** *Service Via U. S. First Class Mail*

Tracy L Ashmore
Holme Roberts & Owen LLP
800 W Olympic Blvd 4th Fl
Los Angeles, CA 90015

*on behalf of R2D2  LLC*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                   **F 9021-1.1.NOTICE.ENTERED.ORDER**

## III. **TO BE SERVED BY THE LODGING PARTY**:

**David Molner**
345 North Maple Dr.
Suite 294
Beverly Hills, CA 90210

**INTERNAL REVENUE SERVICE**
300 North Los Angeles Street
M/S 5022
Los Angeles, CA 90012

**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812

**POWERHOUSE GENERATORS & EQUIPMENT INC**
ATTN PETE MONELLA OR ELAINE CHONG
5451 WOODLAND LN
FORT LAUDERDALE FL 33312

**Roger Hanson, Director**
PO Box 309, GT Ugland House
South Church St.
Georgetown, Grand Cayman
Cayman Islands

**Stephens Investment Holdings LLC**
212 Center St 10th
Little Rock AR 72201

**Durkin Forensic Inc**
601 S Figueroa Street Ste 2080
Los Angeles, California 90017

**American Express Travel Related Services, Inc.**
Law Office of Robert S. Lampl
21031 Ventura Blvd.
12th Floor
Woodland Hills, CA 91364

Andrew Temendeum
345 N Maple Dr Ste 200
Beverly Hills, CA 90210

Robert Blonstein
Nailed Productions, LLC
Castle & Associates
19725 Century Park E. Ste 210
Beverly Hills, CA 90067

Guillaume de Chalendar
Allied Irish Banks, plc
St. Helens
1, Undershaft
London, EC2A 8AB

**Ronald L Durkin (TR)**
633 West Fifth St, 24th Fl
Los Angeles, CA 90071-2008

## **UNITED STATES BANKRUPTCY COURT**:
*Served via Overnight Mail*

**Honorable Barry Russell**
**U.S. Bankruptcy Court**
Central District of California
Edward Roybal Federal Bldg/Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, California 90012

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9021-1.1.NOTICE.ENTERED.ORDER**

In re R2D2, LLC,

CHAPTER:        11

CASE NUMBER:    2:10-bk-19924-BR

Alleged Debtor(s).

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1875 CENTURY PARK EAST, 23RD FLOOR, LOS ANGELES, CA 90067

A true and correct copy of the foregoing document described **NOTICE OF ERRATA RE EMERGENCY MOTION FOR RECONSIDERATION AND STAY OF APRIL 11, 2011 ORDER DIRECTING CLERK OF COURT TO (1) UNSEAL THE "REPORT OF INVESTIGATION BY CHAPTER 11 TRUSTEE" FILED ON APRIL 5, 2011 AND ALL EXHIBITS FILED IN SUPPORT OF THE TRUSTEE'S REPORT; AND (2) ENTER THE TRUSTEE'S REPORT AND RELATED EXHIBITS ON THE DOCKET; DECLARATION OF JENNIFER S. CHANG** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *April 11, 2011,* I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| Sandor T. Boxer | tedb@tedboxer.com |
| Sara Chenetz | chenetz@blankrome.com |
| Hayes F. Michel | hmichel@bakerlaw.com |
| Thomas M. Geher | tmg@jmbm.com |
| Michael C Heinrichs | mheinrichs@omm.com |
| David Guess | dguess@ktbslaw.com |
| Joseph A Kohanski | jkohanski@bushgottlieb.com |
| Joseph M. Welch | jwelch@buchaler.com |
| Claudio Koren | ckoren@collectionlaw.com |
| Vince Ravine | vince@vravinelaw.com |
| Mark M Sharf | mark@sharflaw.com |
| David E. Ahdoot | dahoot@bushgottlieb.com |
| Leslie A Cohen | leslie@lesliecohenlaw.com |
| Jeffrey K Garfinkle | bkgroup@buchalter.com |
| David L. Neale | dln@lnbrb.com |
| Todd M Arnold | tma@lnbrb.com |
| Irving M Gross | img@lnbrb.com |
| Philip A Gasteier | pag@lnbrb.com |
| Joseph A Eisenberg | jae@jmbm.com |
| Leonard L. Gumport | lgumport@grlegal.com |
| Peter J. Mastan | pmastan@grlegal.com |
| Andrew S. Rotter | arotter@grlegal.com |
| Russell Clementson | russell.clementson@usdoj.gov |
| U. S. Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

☐ Service information continued on attached page

289549.11 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                **F 9013-3.1.PROOF.SERVICE**

In re R2D2, LLC,

CHAPTER:    11

CASE NUMBER:    2:10-bk-19924-BR

Alleged Debtor(s).

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **_April 11, 2011_**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail,
first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes
a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED PAGES

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or
entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s)
and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile
transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge
will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 11, 2011 | KAREN WILKES | |
|---|---|---|
| Date | Type Name | Signature |

289549.11This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                     **F 9013-3.1.PROOF.SERVICE**

In re R2D2, LLC,

Alleged Debtor(s).

CHAPTER:         11

CASE NUMBER:    2:10-bk-19924-BR

## Service on Non-Attorneys

**DEBTOR:** *SERVED BY FIRST CLASS U.S. MAIL*
**R2D2, LLC**
10960 Wilshire Blvd., Suite 700
Los Angeles, CA 90024

**CREDITORS:** *SERVED BY FIRST CLASS U.S. MAIL*

**David Molner**
345 North Maple Dr.
Suite 294
Beverly Hills, CA 90210

**INTERNAL REVENUE SERVICE**
300 North Los Angeles Street
M/S 5022
Los Angeles, CA 90012

**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812

**POWERHOUSE GENERATORS & EQUIPMENT INC**
ATTN PETE MONELLA OR ELAINE CHONG
5451 WOODLAND LN
FORT LAUDERDALE FL 33312

**Roger Hanson, Director**
PO Box 309, GT Ugland House
South Church St.
Georgetown, Grand Cayman
Cayman Islands

**Stephens Investment Holdings LLC**
212 Center St 10th
Little Rock AR 72201

Andrew Temendeum
345 N Maple Dr Ste 200
Beverly Hills, CA 90210

Robert Blonstein
Nailed Productions, LLC
Castle & Associates
19725 Century Park E. Ste 210
Beverly Hills, CA 90067

Guillaume de Chalendar
Allied Irish Banks, plc
St. Helens
1, Undershaft
London, EC2A 8AB

**American Express Travel Related Services, Inc.**
Law Office of Robert S. Lampl
21031 Ventura Blvd.
12th Floor
Woodland Hills, CA 91364

## SERVICE ON ATTORNEYS:
*Served By First Class U.S. Mail*

## UNITED STATES BANKRUPTCY COURT:
*Served via Overnight Mail*

**Tracy L Ashmore**
Holme Roberts & Owen LLP
800 W Olympic Blvd 4th Fl
Los Angeles, CA 90015
213-572-4300
213-572-4400 (fax)

**Honorable Barry Russell**
U.S. Bankruptcy Court
Central District of California
Edward Roybal Federal Bldg/Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, California 90012

## INTERIM TRUSTEE:
*SERVED BY FIRST CLASS U.S. MAIL*

**Ronald L Durkin (TR)**
633 West Fifth St, 24th Fl
Los Angeles, CA 90071-2008
213-614-1640

---

289549.11This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**