FILED & ENTERED

APR 12 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>R2D2, LLC,<br><br><br><br><br>Debtor(s). | Case No: 2:10-bk-19924-BR<br><br>Chapter: 11<br><br>ORDER STAYING EFFECTIVENESS OF ORDER DIRECTING THE CLERK OF COURT TO: (1) UNSEAL THE "REPORT OF INVESTIGATION BY CHAPTER 11 TRUSTEE" FILED ON APRIL 5, 2011 AND ALL EXHIBITS FILED IN SUPPORT OF THE TRUSTEE'S REPORT; AND (2) ENTER THE TRUSTEE'S REPORT AND RELATED EXHIBITS ON THE DOCKET [DOCKET NO. 510] UNTIL FURTHER COURT ORDER<br><br>[NO HEARING REQUIRED] |

The Court has reviewed the Emergency Motion of Non-Parties David Bergstein, Sara Bergstein, and Graybox, LLC for Reconsideration and Stay of April 11, 2011 Order Directing the Clerk of Court to: (1) Unseal the "Report of Investigation by Chapter 11 Trustee" filed on April 5, 2011 and All Exhibits Filed in Support of the Trustee's Report; and (2) Enter the Trustee's Report and Related Exhibits on the Docket (the "April 11, 2011 Order").

IT IS HEREBY ORDERED that:

1. The effectiveness of the April 11, 2011 Order is stayed pending further Court; and

/ / /

- 1 -

2. All discovery matters raised in the Emergency Motion will be discussed at the status conference on April 20, 2011 at 2:00 p.m.

###

DATED: April 12, 2011

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **_ORDER was_** entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 4/12/2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- David E Ahdoot    dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com
- Todd M Arnold    tma@lnbrb.com
- Sandor T Boxer    tedb@tedboxer.com
- Jennifer S Chang    jsc@birdmarella.com, krw@birdmarella.com
- Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
- Russell Clementson    russell.clementson@usdoj.gov
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Jeffrey K Garfinkle    bkgroup@buchalter.com, jgarfinkle@buchalter.com;lgoodwin@buchalter.com
- Philip A Gasteier    pag@lnbrb.com
- Thomas M Geher    tmg@jmbm.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- David Guess    dguess@ktbslaw.com
- Leonard L Gumport    lgumport@grlegal.com
- Michael C Heinrichs    mheinrichs@omm.com
- Joseph A Kohanski    jkohanski@bushgottlieb.com, tjimines@bushgottlieb.com
- Peter J Mastan    pmastan@grlegal.com
- Hayes F Michel    hmichel@bakerlaw.com
- David L. Neale    dln@lnbrb.com
- Andrew S. Rotter    arotter@grlegal.com
- Mark M Sharf    mark@sharflaw.com, msharf00@gmail.com
- James A Stearman    jas007@pacbell.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David Weinstein    david.weinstein@hro.com
- Joseph M Welch    jwelch@buchalter.com

- 4

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page