EVAN M. JONES (S.B. # 115827)
MICHAEL C. HEINRICHS (S.B. # 245638)
O'MELVENY & MYERS LLP
400 SOUTH HOPE STREET
LOS ANGELES, CA 90071
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407
Emails: ejones@omm.com, mheinrichs@omm.com

Attorneys for Fortress Value Recovery Fund I LLC

# UNITED STATES BANKRUPTCY COURT FOR

## THE CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>R2D2 LLC,<br><br>             Debtor. | Case No. 2:10-bk-19924-BR<br><br>Chapter 11<br><br>**MOTION TO (IN AN ABUNDANCE OF CAUTION) FILE UNDER SEAL FVRF'S JOINDER RE: OPPOSITION OF SCREEN CAPITAL INTERNATIONAL CORP. TO FILING UNDER SEAL OF THE (1) REPORT OF INVESTIGATION BY CHAPTER 11 TRUSTEE AND (2) APPENDIX OF EXHIBITS TO THE TRUSTEE'S REPORT; AND OPPOSITION TO EMERGENCY MOTION FOR RECONSIDERATION AND STAY OF APRIL 11, 2011 ORDER** |

1          Fortress Value Recovery Fund I LLC ("FVRF") does not believe there is
2  any basis pursuant to 11 U.S.C. § 107 to file under seal the Trustee's Report of
3  Investigation (the "Report"), its accompanying exhibits, or any motions or oppositions
4  referencing the content of the Report. However, in an abundance of caution, and in order
5  to strictly observe the Court's *Order Staying Effectiveness of Order Directing the Clerk of*
6  *Court to: (1) Unseal the "Report of Investigation by Chapter 11 Trustee" Filed on April*
7  *5, 2011 and All Exhibits Filed in Support of the Trustee's Report; and (2) Enter the*
8  *Trustee's Report and Related Exhibits on the Docket Until Further Court Order* (the
9  "April 12 Order") (Dkt. No. 526),[1] FVRF hereby requests permission to file under seal,
10  pursuant to Local Bankruptcy Rule 5003-2(c)(1), its *Joinder re: Opposition of Screen*
11  *Capital International Corp. to Filing Under Seal of the (1) Report of Investigation by*
12  *Chapter 11 Trustee and (2) Appendix of Exhibits to the Trustee's Report; and Opposition*
13  *to Emergency Motion for Reconsideration and Stay of April 11, 2011 Order* (the "FVRF
14  Opposition"), a copy of which is being provided to chambers.
15          The FVRF Opposition notes that FVRF received a copy of the Report,
16  without accompanying exhibits, shortly after the Court ordered the public filing of the
17  Trustee's Report and all exhibits on Monday, April 11, 2011 (the "April 11 Order," See
18  Dkt. No. 519). The Report provides additional reasons why the Emergency Motion filed
19  by Mr. and Mrs. Bergstein and Graybox LLC should be denied, and further reasons to join
20  in the Opposition of Screen Capital to the Trustee's Filing of the Report Under Seal. The
21  FVRF Opposition references facts and conclusions contained within the Report, and
22  therefore the FVRF Opposition must be filed under seal in order to strictly comply with
23  the April 12 Order.
24          At the time the Report was filed under seal, the Trustee stated that the
25  Report was served only on counsel of record for the Debtors, David R. Bergstein, Library
26  Asset Acquisition Company, Ltd. and Ronald L. Tutor (the "Confidentiality Order
27  Parties") (See Dkt. No. 515). However, additional creditors other than FVRF also

---

28  [1] All docket numbers in this Opposition refer to entries on the Thinkfilm Docket, Case No. 10-19912.

1  received the Report after the April 11 Order was entered but prior to the filing of the
2  Emergency Motion. FVRF is informed and believes that counsel for Screen Capital
3  International Corp. (the Levene Neale firm) and counsel for the Union Entities (the Bush
4  Gottlieb firm) received copies of the Report before the Emergency Motion was filed.
5  Serving the FVRF Opposition on these additional parties poses no further danger of
6  disclosing the Report, and absent disclosure concerns, there is no basis whatsoever to
7  deny these parties the ability to review the FVRF Opposition. Therefore, as part of this
8  Motion, FVRF requests permission to serve the sealed Opposition on the additional
9  parties listed above as well as the Confidentiality Order Parties.

10         If the Court instead denies this Motion, FVRF further requests that any
11  order denying the Motion clarify that, notwithstanding the April 12 Order, FVRF is
12  entitled to publicly file the FVRF Opposition in its entirety. FVRF does not seek to and
13  will not file the Report as an exhibit to the FVRF Opposition.

Dated: April 14, 2011

                                      EVAN M. JONES
                                      MICHAEL C. HEINRICHS
                                      O'MELVENY & MYERS LLP

By: /s/ Michael C. Heinrichs
      Michael C. Heinrichs

Attorneys for Fortress Value Recovery
Fund I LLC