LEONARD L. GUMPORT (Bar No. 86935)
*lgumport@gumportlaw.com*
CLAIRE K. WU (Bar No. 295966)
*cwu@gumportlaw.com*
GUMPORT | MASTAN
550 South Hope Street, Suite 1765
Los Angeles, California 90071-2627
Telephone: (213) 452-4900

Attorneys for Ronald L. Durkin,
Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>　　R2D2, LLC,<br><br>　　　　Debtor. | USBC Case No. 2:10-bk-19924-BR<br><br>CHAPTER 11<br><br>EVIDENTIARY OBJECTIONS OF TRUSTEE TO REPLY DECLARATION OF DAVID BERGSTEIN RE MOTION FOR AN ORDER DISMISSING THE DEBTOR'S BANKRUPTCY CASE PURSUANT TO SECTION 1112(b) OF THE BANKRUPTCY CODE AND ADVERSARY PROCEEDINGS PENDING THEREIN<br><br>[Identical copies are filed in each of the five ThinkFilm-related cases.]<br><br>Date:　April 28, 2015<br>Time:　10:00 a.m.<br>Place:　Courtroom 1668<br>　　　　255 E. Temple St.<br>　　　　Los Angeles, CA 90012<br>　　　　[Judge Barry Russell] |

# EVIDENTIARY OBJECTIONS OF TRUSTEE

## [I]    INTRODUCTION

The trustee ("Trustee") submits these evidentiary objections to the "Declaration of David R. Bergstein in Support of Omnibus Reply of David R. Bergstein in Support of Motion to Dismiss etc.," filed April 21, 2015 (the "4/21/15 Bergstein Decl.") in support of the motions of Aramid, SCIC, and Bergstein to dismiss the five Thinkfilm-related bankruptcy cases (the "Cases").

The Trustee submits identical versions of these objections in each of the Cases, namely: (1) *In re R2D2, LLC*, Bk. Case No. 2:10-bk-19924-BR, (2) *In re CT-1 Holdings, LLC*, Bk. Case No. 2:10-bk-19927-BR, (3) *In re Capco Group, LLC*, Bk. Case No. 2:10-bk-19929-BR, (4) *In re Capitol Films Development, LLC*, Bk. Case No. 2:10-bk-19938-BR, and (5) *In re ThinkFilm, LLC*, Bk. Case No. 2:10-bk-19912-BR.

## [II]    EVIDENTIARY OBJECTIONS TO 4/21/15 BERGSTEIN DECL.

| Obj. No. | Text Reference | Statement | Objection |
|---|---|---|---|
| 1. | 4/21/15 Bergstein Decl., ¶ 14 at page 7, lines 3-4 | "4. However, it was not until I reviewed the contents of the Declaration of Jeffrey K. Garfinkle filed in the Bankruptcy Cases on April 21, 2015, and the exhibits references therein, that it became clear to me that the financial statement referenced in the 4/6/15 Schedules was actually provided to Comerica Bank in June of 2009, not 2010." | **Waste of Time [FRE 403] & Estoppel (*Rolland*)]:** In the 4/21/15 Bergstein Decl., Bergstein now attempts to swear the responses he provided in the court-ordered 4/6/15 Schedules are erroneous. Simultaneously, Bergstein omits to correct the court-ordered 4/6/15 Schedules. By reason of Bergstein's status as the judicially-designated representative of the Debtors, this self- |

1.

| Obj. No. | Text Reference | Statement | Objection |
|---|---|---|---|
| | | | contradictory double-talk is impermissible and constitutes a waste of time in violation of FRE 403 and Bergstein's duties under Fed.R.Bankr.P. 4002(a)(4) and 9001(5). "Schedules and statements which are inaccurate or incomplete must be corrected by the debtor, and any ambiguities contained therein are construed against the debtor." *In re Rolland*, 317 B.R. 402, 414 (Bankr. C.D. Cal. 2004). Bergstein can't have it both ways. If the 4/6/15 Schedules are erroneous, as Bergstein swears they are, then he is obligated to correct them under *Rolland*. Absent a correction, the record is that Bergstein is withholding financial statements delivered to Comerica Bank. Even with a belated correction of the 4/6/15 Schedules, the record is (and remains) that, in 2011, 2012, and 2013, four of the Debtors (namely R2D2, CT1, Capco, and ThinkFilm) |

| Obj. No. | Text Reference | Statement | Objection |
|---|---|---|---|
|  |  |  | distributed financial statements to multiple entities that Bergstein omitted to disclose in his responses to Item 19 of those Debtors' statements of financial affairs.<br><br>Not until the court-ordered 4/6/15 Schedules did Bergstein report in response to Item 19 that any of those Debtors distributed any financial statements to Comerica or any other third party (other than Zwirn). *See* 4/21/15 RJN, ¶¶ 35-38, 77, 93-96, 163-67. |

### [III]  CONCLUSION

The foregoing evidentiary objections should be sustained.

DATED: April 23, 2015

Respectfully submitted,

GUMPORT | MASTAN

By: _____
    Leonard L. Gumport
Attorneys for Ronald L. Durkin,
Chapter 11 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Gumport | Mastan, 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as: **EVIDENTIARY OBJECTIONS OF TRUSTEE TO REPLY DECLARATION OF DAVID BERGSTEIN RE MOTION FOR AN ORDER DISMISSING THE DEBTOR'S BANKRUPTCY CASE PURSUANT TO SECTION 1112(b) OF THE BANKRUPTCY CODE AND ADVERSARY PROCEEDINGS PENDING THEREIN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA. NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(S) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 23, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

      **X** Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

      ___ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 23, 2015** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows:. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**BY FEDERAL EXPRESS**

**UNITED STATES BANKRUPTCY COURT**
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Bldg. and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

      ___ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 23, 2015 | KATHLEEN MAROSY | /s/ Kathleen Marosy |
|---|---|---|
| Date | Type name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed)**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** R2D2

- David E Ahdoot    dahdoot@bushgottlieb.com, rsanthon@bushgottlieb.com
- Kyra E Andrassy    kandrassy@swelawfirm.com, csheets@swelawfirm.com
- Todd M Arnold    tma@lnbyb.com
- Wesley H Avery (TR)    wamiracle6@yahoo.com, jmoattrustee@gmail.com; vguillentrustee@gmail.com; C117@ecfcbis.com; afitzpatricktrustee@gmail.com
- Eric J Bakewell    ejbakewell@venable.com, lmelliott@Venable.com; amweingarten@venable.com; mosordina@venable.com; adward@venable.com; lalitigationdocketing@venable.com
- Anthony Bisconti    tbisconti@bmkattorneys.com, admin@bmkattorneys.com
- Bernard D Bollinger    bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Jennifer S Chang    jsc@birdmarella.com, krw@birdmarella.com
- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com
- Toan B Chung    tbchung@rpmlaw.com, toan.b.chung@gmail.com;jphan@rpmlaw.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
- Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Donald H Cram    dhc@severson.com, jc@severson.com
- William Crockett    wec@weclaw.com, ksa@weclaw.com
- Joseph A Eisenberg    jae@jmbm.com, vr@jmbm.com; tgeher@jmbm.com; bt@jmbm.com;jae@ecf.inforuptcy.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, csheets@swelawfirm.com
- Marina Fineman    mfineman@stutman.com
- Brian C Frontino    bfrontino@stroock.com, lacalendar@stroock.com
- Joshua R Furman    jrf@furmanlawyers.com
- Jeffrey K Garfinkle    bkgroup@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Kevin Garland    garlandk@gtlaw.com, laik@gtlaw.com
- Philip A Gasteier    pag@lnbrb.com
- Thomas M Geher    tmg@jmbm.com, we1@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Seth Goldman    seth.goldman@mto.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- Leonard L Gumport    lgumport@gumportlaw.com
- Michael C Heinrichs    mheinrichs@omm.com
- Vartanoush Hindoyan    vmhindoyan@venable.com, adward@venable.com; msgreen@venable.com; mrabbi@venable.com
- Whitman L Holt    wholt@ktbslaw.com
- David I Horowitz    david.horowitz@kirkland.com, keith.catuara@kirkland.com; terry.ellis@kirkland.com; jay.bhimani@kirkland.com; elsa.banuelos@kirkland.com; ivon.granados@kirkland.com
- David I Hurwitz    dih@birdmarella.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Jacqueline L James    jlj@lnbyb.com
- Steven J Katzman    SKatzman@bmkattorneys.com, admin@bmkattorneys.com
- Hyongsoon Kim    kimh@akingump.com, tsouthwell@akingump.com
- Joseph A Kohanski    jkohanski@bushgottlieb.com, rsanthon@bushgottlieb.com; jsilver@bushgottlieb.com
- Bernard J Kornberg    bjk@severson.com
- Robert S Lampl    advocate45@aol.com
- Lindsay A Lau    llau@omm.com, llau@omm.com
- Richard Levy    rlevy@pryorcashman.com
- Ron Maroko    ron.maroko@usdoj.gov
- Peter J Mastan    pmastan@gumportlaw.com
- Frank A Merola    fmerola@stroock.com, lacalendar@stroock.com
- Hayes F Michel    hmichel@krakowskymichel.com

**ADDITIONAL SERVICE INFORMATION (if needed)**

<u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> R2D2

- David L. Neale   dln@lnbrb.com
- Robert Nida   Rnida@castlelawoffice.com
- Christina M Padien   cpadien@akingump.com, tsouthwell@akingump.com
- Dean G Rallis   drallis@afrct.com, bcruz@ecf.inforuptcy.com
- Vince Ravine   vince@vravinelaw.com
- J. Alexandra Rhim   arhim@hemar-rousso.com
- Karen Rinehart   krinehart@omm.com
- Christopher O Rivas   crivas@reedsmith.com
- Andrew S. Rotter   arotter@grlegal.com
- Daniel A Rozansky   drozansky@jenner.com, lacalendar@stroock.com; lsaltzman@jenner.com; docketing@jenner.com
- Victor A Sahn   vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com, agonzalez@ecf.inforuptcy.com; asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com
- Mark M Sharf   mark@forbankruptcy.com, msharf00@gmail.com
- Mark M Sharf   mark@sharflaw.com, msharf00@gmail.com
- David P Simonds   dsimonds@akingump.com, tsouthwell@akingump.com
- Steven R Skirvin   srs@weclaw.com
- Adam M Starr   starra@gtlaw.com, laik@gtlaw.com
- James A Stearman   jas007@pacbell.net
- Marcus Tompkins   mtompkins@sulmeyerlaw.com, mtompkins@ecf.inforuptcy.com; mviramontes@ecf.inforuptcy.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Alex M Weingarten   amweingarten@venable.com, mrabbi@venable.com; mosordina@venable.com; lalitigationdocketing@venable.com
- David R. Weinstein   dweinstein@weinsteinlawfirm.net
- Joseph M Welch   jwelch@buchalter.com, dcyrankowski@buchalter.com; docket@buchalter.com; ahorowitz@buchalter.com
- Steven Werth   swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; slee@sulmeyerlaw.com; slee@ecf.inforuptcy.com; asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com
- Rebecca J Winthrop   rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com
- Angella D Yates   ayates@buchalter.com, smartin@buchalter.com;IFS_filing@buchalter.com
- Melvin Yee   melvinyee@gmail.com
- Gregory L Young   gyoung@haneyyoung.com, fileclerk@haneyyoung.com