James C. McCarroll (pro hac vice)
Jordan W. Siev (pro hac vice)
Marsha A. Houston (SBN 129956)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:    213.457.8000
Facsimile:    213.457.8080
Email:  mhouston@reedsmith.com
         crivas@reedsmith.com

*Attorneys for Creditors Aramid Entertainment Fund Limited, Aramid Liquidating Trust Ltd. and Aramid Entertainment, Inc.*

Lei Lei Wang Ekvall (SBN 163047)
SMILEY | WANG-EKVALL
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone: (714) 445-1000
Facsimile: (714) 445-1002
Email:   lekvall@swelawfirm.com

*Attorneys for Screen Capital International Corp., Creditor, and derivatively on behalf of the estate of ThinkFilm, LLC*

**FILED & ENTERED**

MAY 27 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re

R2D2, LLC

Debtor.

Case No. 2:10-bk-19924-BR

Chapter 11

**ORDER DISMISSING CASE**

Date:     April 28, 2015
Time:    10:00 a.m.
Place:    Courtroom 1668
          255 E. Temple St.
          Los Angeles, CA  90012

1
ORDER DISMISSING CASE

This matter was heard on April 28, 2015, upon the *Motion for an Order Dismissing the Debtor's Bankruptcy Case Pursuant to Section 1112(b) of the Bankruptcy Code, Including all of the Adversary Proceedings Pending Therein* (the "AEF/SCIC Motion to Dismiss"), filed jointly by Aramid Entertainment Fund Limited, Aramid Liquidating Trust Ltd. and Aramid Entertainment, Inc. (the "AEF Parties"), and Screen Capital International Corp. ("SCIC"), and the *Motion to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b)* (the "Bergstein Motion to Dismiss"), filed by David R. Bergstein.

Oppositions to the AEF/SCIC Motion to Dismiss and Bergstein Motion to Dismiss (together, the "Motions to Dismiss"), were filed by: the Chapter 11 Trustee Ronald Durkin (the "Trustee"); The Directors Guild of America, Inc., Screen Actors Guild - American Federation of Television and Radio Artists and Writers Guild of America West, Inc. (the "Guilds"); Allied Advertising Limited Partnership ("Allied"); Dark Productions LLC ("Dark Productions"); and Film Fleet of Louisiana L.L.C. ("Film Fleet").

This Court has carefully considered the Motions to Dismiss, the oppositions, and the evidence and additional briefing submitted.  This Court has also considered the records from the Court's docket in this case, over which this Court has presided since March 17, 2010, as well as the records in all adversary proceedings related to this case.

The Court heard argument of counsel for the movants and for opposing parties at the April 28 hearing, and their responses to specific inquiries posed to them by the Court.  The Court also issued rulings on the parties' evidentiary objections.  Having considered all of the foregoing, and good cause having been shown, this Court finds that there is cause to dismiss the case.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Accordingly, IT IS HEREBY ORDERED that:

1. The Motions are granted;

2. This chapter 11 case is dismissed for cause;

3. All adversary proceedings currently pending in this bankruptcy case are dismissed;

4. The AEF Parties and SCIC may take all actions necessary and proper to give effect to this order and to dismiss all adversary cases pending in any appellate courts, including, without limitation, the United States District Court, the Ninth Circuit Bankruptcy Appellate Panel, and the Ninth Circuit Court of Appeals; and

5. This Order does not vacate any rulings previously made by this Court.

Separate findings of fact and conclusions of law shall be entered concurrently herewith.

IT IS SO ORDERED.

### #

Date: May 27, 2015

*Barry Russell* (signature)

_____
Barry Russell
United States Bankruptcy Judge