# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# **NOTICE OF DISMISSAL**

**DEBTOR INFORMATION:**
R2D2, LLC

**BANKRUPTCY NO.** 2:10−bk−19924−BR

**CHAPTER** 11

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 83−0350117
**Debtor Dismissal Date:** 5/27/15

**Address:**
10960 Wilshire Blvd Suite #700
Los Angeles, CA 90024

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

Dated: May 27, 2015

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN−24

**2218 / SF**