James C. McCarroll (pro hac vice)
Jordan W. Siev (pro hac vice)
Marsha A. Houston (SBN 129956)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     213.457.8000
Facsimile:      213.457.8080
Email:  mhouston@reedsmith.com
            crivas@reedsmith.com

*Attorneys for Creditors Aramid Entertainment Fund Limited, Aramid Liquidating Trust Ltd. and Aramid Entertainment, Inc.*

Lei Lei Wang Ekvall (SBN 163047)
SMILEY | WANG-EKVALL
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone: (714) 445-1000
Facsimile: (714) 445-1002
Email:   lekvall@swelawfirm.com

*Attorneys for Screen Capital International Corp., Creditor, and derivatively on behalf of the estate of ThinkFilm, LLC*



**FILED & ENTERED**

**MAY 27 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier      **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>R2D2, LLC<br><br>                    Debtor. | Case No. 2:10-bk-19924-BR<br><br>Chapter 11<br><br>**ORDER DENYING MOTION OF TRUSTEE FOR ORDER THAT PURSUANT TO PARAGRAPH F OF THE MAY 2013 SETTLEMENT ORDERS WITHDRAWS THE DERIVATIVE STANDING OF SCREEN CAPITAL INTERNATIONAL CORP. TO ACT ON BEHALF OF THE BANKRUPTCY ESTATES**<br><br>Date:    April 28, 2015<br>Time:   10:00 a.m.<br>Place:   Courtroom 1668<br>            255 E. Temple St.<br>            Los Angeles, CA  90012 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

This matter was heard on April 28, 2015, on the *Motion of Trustee for Order That Pursuant to Paragraph F of the May 2013 Settlement Orders Withdraws the Derivative Standing of Screen Capital International Corp. to act on Behalf of the Bankruptcy Estates* (the "Motion"), filed jointly by Ronald L. Durkin, Chapter 11 Trustee. Oppositions to the Motion were filed by Aramid Entertainment Fund Limited, Aramid Liquidating Trust Ltd. and Aramid Entertainment, Inc. and Screen Capital International Corp., David R. Bergstein, and Library Asset Acquisition Company, Ltd.

This Court has carefully considered the Motion, the oppositions, and the evidence and additional briefing submitted. This Court has also considered the records from the Court's docket, over which this Court has presided since March 17, 2010. After considering the foregoing and the arguments of counsel for the movants and for opposing parties at the April 28 hearing, and for the reasons stated on the record at the April 28 hearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion is denied.

# # #

Date: May 27, 2015

_____
Barry Russell
United States Bankruptcy Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware