**FILED & ENTERED**

MAY 28 2015

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>R2D2, LLC<br><br>                    Debtor(s). | Case No.: 2:10-bk-19924-BR<br><br>CHAPTER 11<br><br>**ORDER DENYING MOTION FOR STAY PENDING APPEAL FROM ORDER GRANTING MOTIONS OF ARAMID, SCIC AND BERGSTEIN TO DISMISS BANKRUPTCY CASES**<br><br>Date:         MAY 19, 2015<br>Time:        2:00 P.M.<br>Courtroom:  1668<br>255 EAST TEMPLE STREET<br>LOS ANGELES, CA 90012 |

   This matter is before the Court on the "Motion for Stay Pending Appeal from Order Granting Motions of Aramid, SCIC, and Bergstein to Dismiss Bankruptcy Cases," filed by the chapter 11 trustee on May 8, 2015.

   The Motion came on for a hearing on shortened time on May 19, 2015 in Courtroom 1668 of the United States Bankruptcy Court, the Hon. Barry Russell, Bankruptcy Judge, presiding. Appearances were as noted on the record.

1    Oppositions to the Motion were filed by Aramid Entertainment Fund Limited,
2 Aramid Liquidating Trust Ltd. and Aramid Entertainment, Inc. and Screen Capital
3 International Corp., and by David R. Bergstein.
4    The Court carefully considered the Motion, the oppositions, the trustee's reply to
5 the oppositions, and all declarations, exhibits and related pleadings filed in connection
6 therewith, and heard argument of counsel.  For the reasons stated on the record, and
7 no good cause having been shown, the Motion is DENIED.
8    IT IS SO ORDERED
9
10
11 ###
12
...
25 Date: May 28, 2015

_____
Barry Russell
United States Bankruptcy Judge